UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN H. VOLOSHIN, VOLOSHIN CAPITAL, LLC and MONTVILLE PROPERTY HOLDINGS I, LLC,<br>   *plaintiffs*,<br><br>V.<br><br>JOEL S. GREENE,<br>   *Defendant.* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO.<br><br>_____<br><br><br><br><br><br>JUNE 19, 2006 |

### RULE 7.1 DISCLOSURE STATEMENT

Plaintiff Voloshin Capital, LLC is the sole member of Plaintiff Montville Property Holdings I, LLC. Plaintiff John Voloshin is the sole member of Voloshin Capital. No publicly held corporation owns more than 10% of either Voloshin Capital or Montville Property Holdings I.

438128

Dated in Hartford, Connecticut, this 19th day of June, 2006.

> PLAINTIFFS,
> JOHN H. VOLOSHIN, VOLOSHIN
> CAPITAL, LLC, and MONTVILLE
> PROPERTY HOLDINGS I, LLC
>
> BY: _____
> Kerry R. Callahan, Esq.
> Federal Bar Number ct06569
> krcallahan@uks.com
> Stephen R. Klaffky, Esq.
> Federal Bar Number ct27037
> sklaffky@uks.com
> UPDIKE, KELLY & SPELLACY, P.C.
> One State Street, PO Box 231277
> Hartford, CT  06123

438128