# JOHN R. JOHNSTON
State Marshal, Hartford County
P. O. Box 281175
East Hartford, CT 06128-1175
Phone and Fax 860-291-2937

### STATE MARSHAL'S RETURN

Docket No: 306CV949AWT

John Voloshin
Voloshin Capital, LLC
Montville Property Holdings I, LLC
VS.
Joel S. Greene

STATE OF CONNECTICUT)
                    ) ss: East Hartford        October 6, 2006
COUNTY OF HARTFORD)

Then and by virtue hereof and at the direction of the plaintiff's attorney, on the 12th day of September, 2006, I made due and legal service upon the within named non-resident defendant, **Joel S. Greene, 74 Noanett Road, Needham, MA 02497**, by leaving a verified true and attested copy of the original Summons in a Civil Case, with the cashier at the office of Susan Bysiewicz, Secretary of the State of Connecticut, at least twelve days before the session of the court to which this writ is returnable. Said secretary of the State of Connecticut is the duly authorized agent and attorney to accept service for the within named non-resident defendant (C.G.S. 52-59b).

And afterwards, on the 12th day of September, 2006, I made due and legal service on the within named defendant, **Joel S. Greene**, by depositing a verified true and attested copy of the original Summons, Civil Cover Sheet, Complaint, Rule 7.1 Disclosure Statement, and Notice to Counsel and Pro Se Parties, in the Post Office in East Hartford, postage prepaid, certified, return receipt requested, addressed to **Joel S. Greene**, 74 Noanett Road, Needham, MA 02497. The first notice to Mr. Greene was dated September 15, 2006.

SUPPLEMENTAL RETURN TO FOLLOW

The within is the original Summons, Civil Cover Sheet, Complaint, Rule 7.1 Disclosure Statement, and Notice to Counsel and Pro Se Parties, with my doings hereon endorsed.

Attest:

JOHN R. JOHNSTON
State Marshal
Hartford County

Fees:
Service           $ 60.00
Pages             $ 52.00
Endorsements      $  1.20
Miles (12)        $  5.34
Postage & Hand    $ 10.00
Filing Fee        $ 25.00

Total             $153.54

UP090136