UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN H. VOLOSHIN, VOLOSHIN CAPITAL, LLC and MONTVILLE PROPERTY HOLDINGS I, LLC, *Plaintiffs*, | : CIVIL ACTION NO.<br>: 3:06-CV-949 (AWT)<br>:<br>: |
| v. | : |
| JOEL S. GREENE<br>*Defendant.* | : OCTOBER 25, 2006<br>: |

## APPLICATION FOR ENTRY OF DEFAULT

TO THE CLERK OF THE COURT:

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiffs John H. Voloshin, Voloshin Captial, LLC and Montville Property Holdings I, LLC hereby move for the entry of a default against Defendant Joel S. Greene for failure to appear and defend.

This action was commenced on June 20, 2006, with the filing of the plaintiff's Summons and Complaint. See Court Docket No. 1. On September 12, 2006, due and legal service was made upon the defendant by a Connecticut State Marshal pursuant to Connecticut General Statutes § 52-59b. See Court Docket No. 6. The deadline for the defendant to answer is now three weeks past, see Fed.R.Civ.P. 12(a)(1)(A) (establishing a

449803

deadline of twenty days after service of process), and yet the defendant has neither answered nor appeared.

Based on the foregoing and pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, the plaintiffs respectfully request the entry of a default against the defendant.

PLAINTIFFS,
JOHN H. VOLOSHIN, VOLOSHIN CAPTIAL, LLC, and MONTVILLE PROPERTY HOLDINGS I, LLC

By: _____
KERRY R. CALLAHAN, ESQ.
Fed. Bar. No. ct06569
STEPHEN R. KLAFFKY, ESQ.
Fed. Bar. No. ct27037
UPDIKE, KELLY & SPELLACY, PC
One State Street, P.O. Box 231277
Hartford, CT 06123-1277
(860) 548-2600
krcallahan@uks.com
sklaffky@uks.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2006, a copy of the foregoing Application for Entry of Default, was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

_____
STEPHEN R. KLAFFKY, ESQ.