UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN H. VOLOSHIN, VOLOSHIN CAPITAL, LLC and MONTVILLE PROPERTY HOLDINGS I, LLC,<br>  *Plaintiffs,*<br><br>v.<br><br>JOEL S. GREENE<br>  *Defendant.* | CIVIL ACTION NO.<br>3:06-CV-949 (AWT)<br><br><br><br><br><br>NOVEMBER 29, 2006 |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiffs John H. Voloshin, Voloshin Capital, LLC, and Montville Property Holdings I, LLC voluntarily dismiss their Complaint, without prejudice and without costs to either party. The defendant has not yet filed an answer or a motion for summary judgment.

[signature page to follow]

453007

Dated at Hartford, Connecticut, this 29th day of November, 2006.

                              **PLAINTIFFS,**
                              **JOHN H. VOLOSHIN, VOLOSHIN**
                              **CAPTIAL, LLC, and MONTVILLE**
                              **PROPERTY HOLDINGS I, LLC**

By: _____
     KERRY R. CALLAHAN, ESQ.
     Fed. Bar. No. ct06569
     STEPHEN R. KLAFFKY, ESQ.
     Fed. Bar. No. ct27037
     UPDIKE, KELLY & SPELLACY, PC
     One State Street, P.O. Box 231277
     Hartford, CT 06123-1277
     Tel: (860) 548-2600
     Fax: (860) 548-2680
     krcallahan@uks.com
     sklaffky@uks.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2006, a copy of the foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

_____
STEPHEN R. KLAFFKY, ESQ.